Nicole M. Romine
Wyoming State Bar No. 7-5935
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
nicole.romine@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2021 MAR 24  PM 3:29

MARGARET BOTKINS, CLERK
CASPER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIA ESTHER NAVA,<br>GAVRICK ENRIQU MENDOZA,<br>JOSHUA WILLIAM ESLICK,<br>JOHN LEROY BUTLER,<br>KATIE ANN DOUP,<br>ELIZABETH ANN HASTINGS,<br>CHAD ROBERT KOLKMAN,<br>JIOVONNE DOMONIC AYALA,<br>KELSEY RAYE SPRINGER,<br>BRIAN LYNN KUZNIA.<br><br>Defendants. | Case No. 21-CR-8-J |

## PRAECIPE

Will the Clerk please issue a Warrant in the above-entitled matter for the following individuals:

**MARIA ESTHER NAVA,**

**GAVRICK ENRIQU MENDOZA,**

**JOSHUA WILLIAM ESLICK,**

**JOHN LEROY BUTLER,**

**KATIE ANN DOUP,**

**ELIZABETH ANN HASTINGS,**

**CHAD ROBERT KOLKMAN,**

**JIOVONNE DOMONIC AYALA,**

**KELSEY RAYE SPRINGER,**

**BRIAN LYNN KUZNIA.**

DATED this 23rd day of March, 2021.

L. ROBERT MURRAY
Acting United States Attorney

By: _____
NICOLE M. ROMINE
Chief, Criminal Division

BOND SET AT: *Detain pending hearing. or per order*

_____
SCOTT W. SKAVDAHL
Chief Judge, United States District Court